No. 58926.—Los Angeles Brewing Co. v. United States, protest 106122–K (Los Angeles).

Opinion by EKWALL, J. At the trial, counsel abandoned the claim as to warehouse entry 163. The protest was, therefore, overruled as to that entry. The deputy collector testified as to warehouse entry 2846 that duty was assessed on 8,364.6 gallons, whereas internal revenue tax was assessed on 7,867.5 gallons. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained, and the collector was directed to reliquidate warehouse entry 2846, assessing customs duty upon 7,867.5 gallons at the appropriate rate under the tariff act.

No. 58927.—C. J. Tower & Sons v. United States, protests 168761–K, etc. (Buffalo).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

No. 58928.—J. Ossola Co., Inc., and Joseph L. Sclafani, Inc. v. United States, protests 242955–K and 242956–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of cheese similar in all material respects to that the subject of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503), the claim of the plaintiffs was sustained.

No. 58929.—The Orient, Inc., and James G. Wiley v. United States, protest 234143–K (Los Angeles).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 57716, the claim of the plaintiffs was sustained.